CR. 99-219 (PGS)

Case File Number 99-00-219-001

Sentence Date 11-23-99

Charge Poss, on-17-CDS

U.S. DISTRICT COURT

2011 MAY 18 A 11: 27

Dear Honorable Judge Lifton:

First and foremost, I would like to thank you for being the most fair and impartial judge that I've known. I would like to jog your memory about me, prosecutor Taylor referred to me as being a menace to society and that all I know is selling drugs and all I would be is a drug dealer. Today, I am happy to say that the life of crime is behind me. On my appeal I came in front of you and you took off 20 months and I remember prosecutor Taylor tried to get another career criminal charge against me, which is something I have copped out to after my 1999 sentence. You told him that we are here to correct an error not create another one. And after my sentence you asked me if I would like to address the court and I said to you "please don't ever retire." I'm asking for early release because I am a union worker for Local 6A out of New York City, Concrete, Cement, Labor. And I have been working every day.

In 2007, I married my fiancé who stuck by me through all my trials and tribulations. I had been working for a straight three years; I'm out of work now and have been collecting unemployment for 2 years. I am a full journeymen and a member of the coalition for hispanics and blacks out of the Bronx, NY. Through the coalition I have attained my union book. The Lord has been more than kind to me since I've been home. And I am doing my best trying to repay some of the evil deeds I have done in my life. I have a wonderful wife and a wonderful family and we just had a baby body named Khaleel and I'm proud to say that I believe I have my head screwed on right for the rest of my life. They don't make women like my wife anymore. I tell her all the time that she is like my mother.

I am proud to get up at 4:30 in the morning to go to work. I have found a job that I love doing. I build high rises and I make good money with good benefits. I make $38 an hour and I know I am blessed for where I come from to be where I am today. But I haven't been to work in over 2 years due to the slow economy. And I'm proud to say that I am still blessed. My wife is a manager at United Retail Inc; she has been working since she started working at Roy Rogers at 16 years old. She works at United Retail and makes good money. Sometimes I wish she made more than me because she's been working all her life. We were looking buy a house before the economy slowed down. But now I have the opportunity to make $65 an hour through my coalition. But this job requires me to go where ever I'm needed. They will pay for my room and board and meals. This job could send me to work n Chicago, Philadelphia, Delaware, wherever construction is behind in the hard labor work. Through my supervised release I am not allowed to go out of state without a request. I have my passport; I have been out of the country with the permission of supervised release. I've been to Disney World, Virginia, Dominican Republic and just have been approved last week to back to Virginia to the Massanutten Resort. I have two more months left on parole; August 10th is my release date. I don't believe this job offered through my coalition will remain available to me until after that August date.

My supervised release officer Adriana Garcia informed me that I could request early release through the judge. I had one dirty urine the day my youngest son was born and I regret that today through the eyes of my wife, my family. Things are slow in the economy today as far as work which I'm sure you are aware. When my boss from the coalition presented this to me I knew I only had one opportunity to get this job. So here I am asking you for early release. No matter what your decision may be I honestly want to thank you because I will always remember that somebody didn't forget that we have to crawl before we walk. Thank you in advance for your consideration of my early release from supervised release.

Sincerely yours,

Nathan Cody

29 Grant Avenue

Jersey City, NJ 07305

Early termination from supervised release is granted

SO ORDERED: Peter␣G␣Sheridan

DATED: 6/13/11